```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone:  (916) 554-2723

 5  Attorney for Plaintiff

 6

 7

 8               IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   2:06-CV-02777-LKK-DAD
                                     )
12           Plaintiff,              )   APPLICATION AND ORDER
                                     )   FOR PUBLICATION
13       v.                          )
                                     )
14  APPROXIMATELY $28,121.22 IN U.S. )
    CURRENCY SEIZED FROM BANK OF     )
15  AMERICA ACCOUNT NO. 03035-08079, )
    HELD IN THE NAME OF SMART BUY INC.,)
16                                   )
    APPROXIMATELY $1,749.09 IN U.S.  )
17  CURRENCY SEIZED FROM WASHINGTON  )
    MUTUAL ACCOUNT NO. 192-009936-3, )
18  HELD IN THE NAMES OF TINA MONJAZEB )
    AND ALI TAVAF,                   )
19                                   )
    APPROXIMATELY $277.84 IN U.S.    )
20  CURRENCY SEIZED FROM UNION BANK OF )
    CALIFORNIA ACCOUNT NO. 0361162472, )
21  HELD IN THE NAME OF LANGROUDI    )
    FAMILY LIVING TRUST,             )
22                                   )
    APPROXIMATELY $128,000.00 IN U.S. )
23  CURRENCY SEIZED FROM UNION BANK OF )
    CALIFORNIA ACCOUNT NO. 797540, HELD)
24  IN THE NAME OF LANGROUDI FAMILY  )
    LIVING TRUST,                    )
25                                   )
    APPROXIMATELY $38,225.00 IN U.S. )
26  CURRENCY,                        )
                                     )
27  APPROXIMATELY $4,033.00 IN U.S.  )
    CURRENCY,                        )
28
```

```
APPROXIMATELY $1,775.51 IN MONEY     )
ORDERS,                              )
                                     )
APPROXIMATELY $12,520.00 IN U.S.     )
CURRENCY,                            )
                                     )
APPROXIMATELY $1,361.00 IN U.S.      )
CURRENCY, AND                        )
                                     )
MISCELLANEOUS OTHER TOBACCO          )
PRODUCTS,                            )
                                     )
            Defendants.              )
_____ )
```

The United States of America, plaintiff herein, applies for an order of publication as follows:

1. Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims (hereafter "Supplemental Rules") provides that the plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation, designated by order of the Court;

2. Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

3. The defendant properties were seized in the cities of El Monte and Los Angeles, in Los Angeles County, California;

4. Plaintiff proposes that publication be made as follows:

    a. Three publications;

    b. In the following newspaper, a legal newspaper of general circulation, located in the county (Los Angeles) in which the defendant properties were seized: <u>Metropolitan News</u>;

    c. The publication to include the following:

        (1) The Court, title and number of the action;

        (2) The date of the arrest/seizure;

2

1              (3)   The identity and/or description of the property
2  arrested/seized;
3              (4)   The name, address and telephone number of the
4  attorney for the plaintiff;
5              (5)   A statement that claims of persons entitled to
6  possession or claiming an interest pursuant to Supplemental Rule C(6)
7  must be filed with the Clerk and served on the attorney for the
8  plaintiff within 30 days after the date of publication;
9              (6)   A statement that answers to the complaint or a
10 motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed.
11 R. Civ. P.") must be filed and served within 20 days after the filing
12 of the claims and, in the absence thereof, default may be entered and
13 condemnation ordered;
14             (7)   A statement that applications for intervention
15 under Fed. R. Civ. P., Rule 24 by persons claiming maritime liens or
16 other interests shall be filed within the 30 days allowed for claims
17 for possession; and
18             (8)   The name, address, and telephone number of the
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  U.S. Marshal and/or Bureau of Alcohol, Tobacco, Firearms and
2  Explosives.
3  DATED: 12/8/06                McGREGOR W. SCOTT
                                  United States Attorney
4
5                                 /s/ Kristin S. Door
                                  KRISTIN S. DOOR
6                                 Assistant U.S. Attorney
7
8                                 **ORDER**
9       IT IS SO ORDERED.
10 DATED: December 11, 2006.
11
12 _____
   DALE A. DROZD
13 UNITED STATES MAGISTRATE JUDGE
14
15
16 Ddad1/orders.civil/USvApprox$28,121.22.ord

4