1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2723

5  Attorney for Plaintiff

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )    2:06-CV-02777-FCD-KJM
                                      )
12          Plaintiff,                )    JOINT REQUEST FOR STAY and
                                      )    **ORDER THEREON**
13      v.                            )
                                      )
14 APPROXIMATELY $28,121.22 IN U.S.   )
   CURRENCY SEIZED FROM BANK OF       )
15 AMERICA ACCOUNT NO. 03035-08079,   )
   HELD IN THE NAME OF SMART BUY INC.,)
16                                    )
   APPROXIMATELY $1,749.09 IN U.S.    )
17 CURRENCY SEIZED FROM WASHINGTON    )
   MUTUAL ACCOUNT NO. 192-009936-3,   )
18 HELD IN THE NAMES OF TINA MONJAZEB )
   AND ALI TAVAF,                     )
19                                    )
   APPROXIMATELY $277.84 IN U.S.      )
20 CURRENCY SEIZED FROM UNION BANK OF )
   CALIFORNIA ACCOUNT NO. 0361162472, )
21 HELD IN THE NAME OF LANGROUDI      )
   FAMILY LIVING TRUST,               )
22                                    )
   APPROXIMATELY $128,000.00 IN U.S.  )
23 CURRENCY SEIZED FROM UNION BANK OF )
   CALIFORNIA ACCOUNT NO. 797540, HELD)
24 IN THE NAME OF LANGROUDI FAMILY    )
   LIVING TRUST,                      )
25                                    )
   APPROXIMATELY $38,225.00 IN U.S.   )
26 CURRENCY,                          )
                                      )
27 APPROXIMATELY $4,033.00 IN U.S.    )

28
                              1

1  CURRENCY,                              )
                                          )
2  APPROXIMATELY $1,775.51 IN MONEY       )
   ORDERS,                                )
3                                         )
   APPROXIMATELY $12,520.00 IN U.S.       )
4  CURRENCY,                              )
                                          )
5  APPROXIMATELY $1,361.00 IN U.S.        )
   CURRENCY, AND                          )
6                                         )
   MISCELLANEOUS OTHER TOBACCO            )
7  PRODUCTS,                              )
                                          )
8            Defendants.                  )
   _____    )

9

10      Plaintiff United States of America and claimant Ali Tavaf, aka

11 Ali Langroudi, submit the following Joint Request for Stay and

12 request that the Court enter an order staying all further

13 proceedings for six months, until July 20, 2008.  The Court

14 previously entered an order staying all proceedings until January

15 20, 2008.  The parties request that the stay be extended an

16 additional six months for the following reasons:

17      1.   Pursuant to 18 U.S.C. §§ 981(g)(1), and 981(g)(2) the

18 parties seek a stay of further proceedings in this civil forfeiture

19 case.  The United States contends that the defendant currency,

20 money orders, and miscellaneous tobacco products (collectively

21 referred to as the "defendant assets") are forfeitable to the

22 United States because they are the proceeds of mail and/or wire

23 fraud, and/or are traceable to money laundering offenses.  The

24 details of the underlying criminal investigation are set forth in

25 detail the affidavit of Special Agent Gregory L. Barnett, U.S.

26 Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and

27 Explosives, attached as Exhibit A to the Complaint for Forfeiture

28                                     2

1 | In Rem filed on December 8, 2006.

2 |     2.    The defendant assets were seized from multiple locations

3 | in Los Angeles, California, during the execution of multiple search

4 | warrants and seizure warrants in October, 2006.

5 |     3.    The United States intends to depose claimant Tavaf so the

6 | United States can question him about various topics, including but

7 | not limited to his knowledge of the operation of Sunrise Tobacco,

8 | Smart Buy, DaBomb, Save a Buck Distributing, and others, and their

9 | payment, or non-payment, of excise taxes due to the State of

10 | California, Board of Equalization, in connection with the sale of

11 | tobacco products.  Counsel for claimant Tavaf has informed counsel

12 | for the government that if discovery proceeds, Tavaf would be

13 | placed in the difficult position of either invoking his Fifth

14 | Amendment right against self-incrimination and losing the ability

15 | to protect his interest in the defendant assets, or waiving his

16 | Fifth Amendment right and submitting to a deposition and

17 | potentially incriminating himself in a related criminal

18 | investigation.  If Tavaf invokes his Fifth Amendment right, the

19 | United States will be deprived of the ability to explore the

20 | factual basis for the claim he filed with this Court.

21 |     4.    In addition, claimant intends to depose federal law

22 | enforcement officers involved in the investigation that led to the

23 | issuance of the search warrants and seizure warrants.   However,

24 | the investigation is still ongoing, and allowing depositions of the

25 | law enforcement investigators involved in the criminal

26 | investigation would adversely affect the ability of the U.S.

27 | Attorney's Office to properly investigate and prosecute their case.

28 |

3

1     5.   Accordingly, the parties recognize that proceeding with

2   this action at this time has potential adverse affects on the

3   related criminal investigation and/or upon claimant's ability to

4   prove his claim that the defendant assets belongs to him, and that

5   they came from legitimate sources.   For these reasons, the parties

6   jointly request that this matter be stayed an additional six months

7   until July 20, 2008.   At that time the parties will advise the

8   court of the status of the criminal investigation and will, if

9   necessary, seek a further stay.

10   Dated: January 14, 2008          McGREGOR W. SCOTT
                                      United States Attorney

11

12                            By    /s Kristin S. Door
                                    KRISTIN S. DOOR
13                                  Assistant U.S. Attorney

14   Dated: January 14, 2008         /s/ Harvey Byron
                                      HARVEY BYRON
15                                    Attorney for claimant
                                      Ali Tavaf, aka Ali Langroudi
16                                    (Original signature retained in
                                      Plaintiff's file)

17                            **ORDER**

18     For the reasons set forth above, this matter is stayed

19   pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) until July 20,

20   2008.   On or before July 20, 2008, the parties will advise the

21   court of the status of the related investigation and whether a

22   further stay is necessary.

23     IT IS SO ORDERED.

24   Dated: January 15, 2008

25

26                                    _____
                                      FRANK C. DAMRELL, JR.
27                                    UNITED STATES DISTRICT JUDGE

28                              4