```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2723

 5  Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-CV-02777-FCD-KJM |
| | ) | |
| Plaintiff, | ) | JOINT REQUEST FOR STAY and |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| APPROXIMATELY $28,121.22 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NO. 03035-08079, HELD IN THE NAME OF SMART BUY INC., | ) ) ) ) | |
| | ) | |
| APPROXIMATELY $1,749.09 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL ACCOUNT NO. 192-009936-3, HELD IN THE NAMES OF TINA MONJAZEB AND ALI TAVAF, | ) ) ) ) ) | |
| | ) | |
| APPROXIMATELY $277.84 IN U.S. CURRENCY SEIZED FROM UNION BANK OF CALIFORNIA ACCOUNT NO. 0361162472, HELD IN THE NAME OF LANGROUDI FAMILY LIVING TRUST, | ) ) ) ) ) | |
| | ) | |
| APPROXIMATELY $128,000.00 IN U.S. CURRENCY SEIZED FROM UNION BANK OF CALIFORNIA ACCOUNT NO. 797540, HELD IN THE NAME OF LANGROUDI FAMILY LIVING TRUST, | ) ) ) ) ) | |
| | ) | |
| APPROXIMATELY $38,225.00 IN U.S. CURRENCY, | ) ) | |
| | ) | |
| APPROXIMATELY $4,033.00 IN U.S. | ) | |

```
CURRENCY,                                )
                                         )
APPROXIMATELY $1,775.51 IN MONEY         )
ORDERS,                                  )
                                         )
APPROXIMATELY $12,520.00 IN U.S.         )
CURRENCY,                                )
                                         )
APPROXIMATELY $1,361.00 IN U.S.          )
CURRENCY, AND                            )
                                         )
MISCELLANEOUS OTHER TOBACCO              )
PRODUCTS,                                )
                                         )
          Defendants.                    )
_____)
```

Plaintiff United States of America and claimant Ali Tavaf, aka Ali Langroudi, submit the following Joint Request for Stay and request that the Court enter an order staying all further proceedings for three months, until October 20, 2009.  The Court previously entered an order staying all proceedings until July 20, 2009.  The parties request that the stay be extended an additional three months for the following reasons:

    1.   Pursuant to 18 U.S.C. §§ 981(g)(1), and 981(g)(2) the parties have sought previous stays of further proceedings in this civil forfeiture case.  The United States contends that the defendant currency, money orders, and miscellaneous tobacco products (collectively referred to as the "defendant assets") are forfeitable to the United States because they are the proceeds of mail and/or wire fraud, and/or are traceable to money laundering offenses.  The details of the underlying criminal investigation are set forth in detail the affidavit of Special Agent Gregory L. Barnett, U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives, attached as Exhibit A to the Complaint

2

1  for Forfeiture <u>In</u> <u>Rem</u> filed on December 8, 2006.
2       2.   The defendant assets were seized from multiple locations
3  in Los Angeles, California, during the execution of multiple search
4  warrants and seizure warrants in October, 2006.
5       3.   The parties are engaged in good-faith settlement
6  discussions that will resolve both this civil forfeiture action and
7  the related criminal matters.  The parties anticipate that the
8  settlement discussions will be concluded within the next 60 days,
9  and that settlement documents in this action can then be filed.
10      4.   For these reasons, the parties jointly request that this
11 matter be stayed until October 20, 2009.  At that time the parties
12 will advise the court of the status of the criminal investigation
13 and will, if necessary, seek a further stay.
14 Dated: July 15, 2009            LAWRENCE G. BROWN
                                   Acting United States Attorney
15
                            By   <u>/s/ Kristin S. Door</u>
16                                 KRISTIN S. DOOR
                                   Assistant U.S. Attorney
17

18

19 Dated: July 15, 2009            <u>/s/ Harvey Byron</u>
                                   HARVEY BYRON
20                                 Attorney for claimant
                                   Ali Tavaf, aka Ali Langroudi
21
                                   (Original signatures retained in
22                                 Plaintiff's file)

23

24

25 / / /
26 / / /
27 / / /
28
                                   3

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) until October 20, 2009.  On or before October 20, 2009, the parties will advise the court of the status of the related investigation and whether a further stay is necessary.

IT IS SO ORDERED.

Dated: July 17, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

4